UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE ESSIQUE,
    Plaintiff,

v.

CREDIT PROTECTION
ASSOCIATION, L.P.,
    Defendant.

Civil Action No.: 17-11331
Hon. Denise Page Hood
Mag. Judge: David R. Grand

_____

## STIPULATION TO DISMISS CASE
## WITH PREJUDICE AND WITHOUT FEES OR COSTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims with prejudice and without attorney's fees or costs to either party.

| | |
|---|---|
| /s/ Gary D. Nitkzin | /s/ Justin M. Penn w/ consent |
| Gary D. Nitzkin (P41155) | Justin M. Penn |
| Attorney for Plaintiff | Attorney for Defendant |
| 22142 West Nine Mile Road | 222 North LaSalle Street, Suite 300 |
| Southfield, Michigan 48033 | Chicago, IL 60601-1081 |
| (248) 353-2882 | (312) 704-3000 |
| gnitzkin@crlam.com | jpenn@hinshawlaw.com |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE ESSIQUE,
    Plaintiff,

v.

CREDIT PROTECTION
ASSOCIATION, L.P.,
    Defendant.

Civil Action No.: 17-11331
Hon. Denise Page Hood
Mag. Judge: David R. Grand

_____

## ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT FEES OR COSTS

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that the within action is hereby dismissed with prejudice and without fees or costs to either party.

Date: May 9, 2018

s/Denise Page Hood
Chief Judge, U. S. District Court